**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SONYA L. HOLTON and
TRAVIS D. SWANSON

       Plaintiffs,

vs.                                             CASE NO. 3:12-cv-868-J-99TJC-TEM

THE CONSOLIDATED CITY OF
JACKSONVILLE, et al.,

       Defendants.
_____

**REPORT AND RECOMMENDATION[1]**

This case is before the Court on Plaintiffs' *pro se* Complaint (Doc. 1) and the requests to proceed *in forma pauperis*, contained in the affidavits of indigency (Docs. 2 & 3), which the Court construed as motions for its consideration.

Upon examination of the Complaint, the Court determined this suit may be subject to dismissal pursuant to Title 28, United States Code, Section 1915. On November 16, 2012, the undersigned entered an Order directing Plaintiffs to file an amended complaint in conformance with the Order no later than December 17, 2012 (Doc. 6). Plaintiffs were warned, "Failure to file an amended complaint as directed by this Order may result in a recommendation to the district judge that this case be dismissed." *Id.* at 11. Plaintiffs failed to file an amended complaint and therefore, on December 19, 2012, the undersigned entered an Order to Show Cause directing Plaintiffs to show cause why the undersigned

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a *de novo* determination by a district judge of an issue covered herein and from attacking factual findings on appeal. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); and, Local Rule 6.02(a), United States District Court for the Middle District of Florida.

should not recommend this case be dismissed for failing to comply with the Court's Order and failure to prosecute (Doc. 7). On January 3, 2013, Plaintiffs filed a response in which they requested additional time to file an amended complaint and requested the Court appoint legal representation. The Court denied without prejudice the request to appoint counsel and directed Plaintiffs to file amended affidavits of indigency and an amended complaint by February 4, 2013 (Doc. 9). To date, Plaintiffs have failed to file an amended complaint in compliance with the Court's Order.

Accordingly, it is respectfully **RECOMMENDED**:

The District Court dismiss this case for failure to prosecute.

**DONE AND ENTERED** at Jacksonville, Florida, this 25th day of February, 2013.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:

Hon. Timothy J. Corrigan
United States District Judge

Pro se Plaintiffs:
Sonya L. Holton
#805
8343 Princeton Sq. Blvd. East
Jacksonville, FL 32256

Travis D. Swanson
#2009042211
500 East Adams St.
Jacksonville, FL 32202