**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SONYA L. HOLTON and
TRAVIS D. SWANSON,

                Plaintiffs,

vs.                                              Case No.  3:12-cv-868-J-99TJC-TEM

THE CONSOLIDATED CITY OF
JACKSONVILLE, et al.,

                Defendant.
_____

## **ORDER**

This case is before the Court on the Report and Recommendation (Doc. 10) of the assigned United States Magistrate Judge which recommends dismissal of this action for failure to prosecute based on pro se Plaintiffs' failure to file an amended complaint. Plaintiffs requested permission to proceed in forma pauperis, contained in the Affidavits of Indigency (Docs. 2 & 3).  The assigned United States Magistrate Judge reviewed Plaintiffs' complaint and determined that it may be subject to dismissal pursuant to 28 U.S.C. § 1915, denied without prejudice Plaintiffs' requests to proceed in forma pauperis, and directed Plaintiffs to file an amended complaint.  (Doc. 6.)  To date, Plaintiffs have failed to file an amended complaint in compliance with the Court's Order.  After giving Plaintiffs two opportunities to file an amended complaint (Docs. 6 & 9), as well as issuing an Order to Show Cause (Doc. 7), the Magistrate Judge issued a Report and Recommendation recommending that this case be dismissed for failure to prosecute. (Doc. 10)

Plaintiffs have not filed any objections to the Report and Recommendation and the time in which to do so has passed.  Upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 10), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 10) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice**.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 10th day of April, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sa.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

Pro se plaintiffs

2